|   |   |   |
|---|---|---|
| 1 | Lumont Otis                    ) | *E-FILED - 2/9/12* |
| 2 |                                ) Petitioner   ) |   |
| 3 |     v.                         ) |   |
| 4 | United States of America,      ) | No. C 09-0595-DLJ<br>   C 10-4302 |
| 5 |                                ) Respondent.  ) | (Appeal No. 11-17761)<br>**ORDER** |
| 6 | _____ ) |   |

8   Otis filed a petition to vacate, set aside or correct his
9   sentence pursuant to 28 U.S.C. § 2255 alleging ineffective
10  assistance of counsel.  On October 11, 2011 this Court issued
11  an order denying Otis' 2255 motion holding that Otis had made
12  no showing on the issue of ineffective assistance of counsel.

13  On October 24, 2011, Otis filed in this court a Notice of
14  Intent to Appeal the October 11, 2011 Order to the Ninth
15  Circuit.  On November 17, 2011 the Ninth Circuit assigned
16  appellate case number 11-17761 to Otis' case pending a issuance
17  of a Certificate of Appealability by this Court.

18  On January 23, 2011 the Ninth Circuit issued a limited
19  remand to this Court for the purpose of the Court granting or
20  denying a Certificate of Appealability. Otis has failed to make
21  a substantial showing that his claim of ineffective assistance
22  of counsel amounted to a denial of his constitutional rights or
23  to demonstrate that a reasonable jurist would find the denial
24  of his claim debatable or wrong.  See Slack v. McDaniel, 529
25  U.S. 473, 484 (2000). Consequently, the Court finds that the
26  standards for granting a Certificate of Appealability have not
27  been met in this case and a request for a Certificate of
28  Appealability is DENIED.  See United States v. Asrar, 116 F.3d

*United States District Court*
*For the Northern District of California*

1268, 1270 (9th Cir. 1997).

    IT IS SO ORDERED.

Dated: February 9, 2012     _____

                                    D. Lowell Jensen
                                    United States District Judge

*Copy of Order E-Filed to Counsel of Record on 2/9/12:*