United States District Court
For the Northern District of California

1    Lumont Otis                    )    *E-FILED - 2/9/12*

2               Petitioner    )

3         v.                )

                                   )    No. C 09-0595-DLJ

4    United States of America,    )       C 10-4302

                                   )    (Appeal No. 11-17761)

5                               )    **ORDER**

                 Respondent.    )

6    _____ )

7

8       Petitioner Lumont Otis ("Otis") was charged with being a

9 felon in possession of a firearm or ammunition in violation of

10 18 U.S.C § 922(g). On October 23, 2009, Otis pled guilty

11 pursuant to a plea agreement to a single count of possession of

12 ammunition.  He was sentenced by this Court on January 22,

13 2010.  Otis filed a petition to vacate, set aside or correct

14 his sentence pursuant to 28 U.S.C. § 2255 alleging ineffective

15 assistance of counsel.  On October 11, 2011 this Court issued

16 an order denying Otis' 2255 motion.

17       On October 24, 2011, Otis filed in this court a Notice of

18 Intent to Appeal the October 11, 2011 Order to the Ninth

19 Circuit.  On November 17, 2011 the Ninth Circuit assigned

20 appellate case number 11-17761 to Otis' case pending a issuance

21 of a Certificate of Appealability by this Court.

22       On January 23, 2011 the Ninth Circuit issued a limited

23 remand to this Court for the purpose of the Court granting or

24 denying a Certificate of Appealability.  Apparently in response

25 to the January 23 Ninth Circuit order, on February 3, 2012 Otis

26 filed in this Court a "Motion to Correct Clerical Error."[1]

27 _____

28    [1] Otis also filed a pleading directly with the Ninth Circuit on that date.

**United States District Court**
For the Northern District of California

1   This filing states that Otis had intended his filing not to be

2   construed as an appeal to the Ninth Circuit, but rather as a

3   Request for Reconsideration by this Court.  He further requests

4   that the Ninth Circuit hold his appeal in abeyance pending the

5   outcome of his request for reconsideration.

6       Currently the Ninth Circuit has jurisdiction over this

7   matter generally.  This Court has jurisdiction only as to the

8   limited issue of whether to issue a certificate of

9   appealability.  The Ninth Circuit would only stay the appeal

10  and remand this case to the District Court were the District

11  Court to indicate that it would entertain the Request For

12  Reconsideration. See Federal Rule Of Appellate Procedure

13  12.1(b)(prior to remand, the Circuit requires an "Indicative

14  Ruling" stating that the District Court would grant the motion

15  for reconsideration or that the motion raises a substantial

16  issue).

17      Otis has not made a formal request to this Court for an

18  Indicative Ruling.  However, the Court may make an Indicative

19  Ruling *sua sponte*.  This Court finds that it would not grant a

20  motion by Otis requesting reconsideration.  Therefore, no

21  remand of this matter for that purpose need happen.

22      The only remaining issue for this Court therefore is the

23  grant or denial of a Certificate of Appealability, which issue

24  the Court will rule on separately.

25

26

27

28

1          IT IS SO ORDERED.

2

3    Dated: February 9, 2012        _____

4                                   D. Lowell Jensen
                                    United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3